IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL THOMAS,

    Plaintiff,

vs.          No.

FRIEDMAN RECYCLING
OF ALBUQUERQUE, EL PASO
STAFFING SERVICES, and
MARIA THERESA NAVARRETE,

    Defendants.

## NOTICE OF CONSENT TO REMOVAL

**COME NOW,** Defendants El Paso Staffing Services and Maria Theresa Navareetee, by and through their counsel of record, Law Office of Brian A. Thomas, PC (Brian A. Thomas), and pursuant to the requirements under 28 U.S.C. §1446, hereby give notice of their consent to removal of this civil action by Defendant Friedman Recycling of Albuquerque to the United States District Court for the District of New Mexico.

Respectfully submitted,

/s/ *[signature]*
Brian A. Thomas, Esq.
2535 Wyoming Blvd. NE #A
Albuquerque, NM 87112
Phone: (505) 293-1101
Email: bthomas@thomaslaw-nm.com
*Attorney for El Paso Staffing Services
and Maria Theresa Navarette*

Notice of consent to removal - El Paso Staffing and Navarette

**EXHIBIT B**