IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JERRY H. RITTER

Caption:     *Thomas v. Friedman Recycling Of Albuquerque, et al.*
             **CV 18-0902 MV/JHR**

Date & Time: **Tuesday, April 30, 2019, at 9:00 a.m.**

Appearances for Plaintiff:                    Appearances for Defendants:

Wayne Suggett /s/                             Agnes Fuentevilla Padilla /s/
                                              Brian Thomas /s/

Plaintiff in Attendance:                      Defendants in Attendance:

Michael Thomas                                Teresa Navarrete
                                              Brenda Tyre
                                              Morris Friedman

Others Attending:

✓ Case settled.  Per order filed concurrently, closing documents due on __5/30/2019__.

___ Case did not settle.

___ Settlement efforts to be continued on _____ at _____.

✓ #440 Hondo Courtroom; Time in Court= __7:30 total (calls w/ counsel + Settlement Conference)__