**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL THOMAS,

Plaintiff,

v.

No. 1-18-cv-00902-MV-JHR

FRIEDMAN RECYCLING OF ALBUQUERQUE, EL PASO STAFFING SERVICES, and MARIA THERESA NAVARRETTE,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS**

Plaintiff, Michael Thomas, by and through his undersigned attorney (Wayne Suggett), and Defendants, Friedman Recycling Of Albuquerque, by and through their attorney, (Agnes Fuentevilla Padilla) and El Paso Staffing Services and Maria Theresa Navarrette, by and through their attorney (Brian Thomas), pursuant to Federal Rule of Civil Procedure 1-041 (A), hereby stipulate to the dismissal of all claims against Defendants, with prejudice. All parties are to bear their own costs.

BUTT THORNTON & BAEHR PC

/s/ *Agnes Fuentevilla Padilla*
Agnes Fuentevilla Padilla
*Attorneys for Defendant Friedman Recycling of Albuquerque, et.al.*
P.O. Box 3170
Albuquerque, NM 87190
Telephone: (505) 884-0777
afpadilla@btblaw.com

APPROVED:

_*/s/ Wayne R. Suggett (approved via email 5/10/19)*
Wayne R. Suggett
wayne@suggettlaw.com
*Attorney for Plaintiff*

*/s/ Brian A. Thomas (approved via email 6/5/19)*_
Brian A. Thomas, Esq.
bthomas@thomaslaw-NM.com
*Attorney for Defendants El Paso Staffing*
*And Maria Theresa Navarrete*